## RECONSIDERATION OF PRIOR DECISIONS

**2002–2213.  State v. Girt.**
Stark App. No. 2002CA00174, 2002-Ohio-6407. Reported at 98 Ohio St.3d 1511, 2003-Ohio-1572, 786 N.E.2d 62. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**2003–0001.  Arth Brass & Aluminum Castings, Inc. v. Conrad.**
Franklin App. No. 02AP–66, 2002-Ohio-6282. Reported at 98 Ohio St.3d 1512, 2003-Ohio-1572, 786 N.E.2d 62. On motion for reconsideration. Motion granted and discretionary appeal allowed.

Resnick and F.E. Sweeney, JJ., dissent.

Cook, J., not participating.